JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Theresa Brooke, | Case No. 5:23-cv-00953-RGK-PVCx |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| Inter-Continental Hotels Corporation, | |
| Defendant(s). | |

On July 28, 2023, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC") ordered Plaintiff to respond in writing on or before August 2, 2023, or alternatively, ordered that defendant could file an answer by July 31, 2023, or Plaintiff could file a request for entry of default on or before August 2, 2023.  On August 2, 2023, plaintiff filed a written response to the OSC.  No alternative answer by defendant or request for entry of default were filed.  The Court finds no good cause shown and orders the case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 8/3/2023

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE